NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RODNEY LOCKETT,                    )
                                   )
        Appellant,                 )
                                   )
v.                                 )        Case No. 2D17-4648
                                   )
STATE OF FLORIDA,                  )
                                   )
        Appellee.                  )
_____ )

Opinion filed October 10, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Michael F. Andrews,
Judge.

Rodney Lockett, pro se.


PER CURIAM.


        Affirmed.


NORTHCUTT, KHOUZAM, and BADALAMENTI, JJ., Concur.